In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-19-00236-CV
_____

GAY ELIZABETH JONES CAPTAIN, Appellant

V.

LEVAIN CAPTAIN, Appellee

On Appeal from the County Court at Law No. 1
Jefferson County, Texas
Trial Cause No. 133972

MEMORANDUM OPINION

Gay Elizabeth Jones Captain has filed a motion to dismiss her appeal. *See* Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by appellant personally. No opinion has issued in this appeal. The motion is granted, and the appeal is therefore dismissed.

APPEAL DISMISSED.

PER CURIAM

1

Submitted on December 18, 2019
Opinion Delivered December 19, 2019

Before Kreger, Horton, and Johnson, JJ.